THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 
 Palmetto Bay
 Club Owners Association, a South Carolina Non-Profit Corporation
 Administration for the Palmetto Bay Club Horizontal Property Regime, Petitioner,
 
 

v.

 
 
 
 
 Danna Cooper
 Brissie, Respondent.
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal From Beaufort County
Curtis L. Coltrane, Circuit Court Judge

Memorandum Opinion No.  2009-MO-056
 Heard October 7, 2009  Filed October 26,
2009

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Otto
 W. Ferrene, Jr., of Hilton Head Island, for Petitioner.
 Terry
 A. Finger, of Finger & Fraser, of Hilton Head Island, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 Appendix, briefs, and oral argument, the writ of certiorari is
DISMISSED AS
 IMPROVIDENTLY GRANTED
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY, JJ., and Acting Justice James E. Moore, concur.